#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 19-688** |
| | : | |
| **CHARLES SALLEY** | : | |

## ORDER

**AND NOW**, this 30th day of November 2020, upon considering Defendant's Motion for pretrial release (ECF Doc. No. 69), the United States' Opposition (ECF Doc. No. 73), Defendant's Reply (ECF Doc. No. 77), the sealed medical records (ECF Doc. Nos. 72, 74, 76) and for reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion for pretrial release (ECF Doc. No. 69) is **GRANTED** and Charles Salley USM# 69949-066 shall be released on **Tuesday, December 1, 2020** following signing of a $50,000 O/R bond subject to his strict compliance with pretrial conditions requiring Mr. Salley shall, subject to prompt revocation of pretrial release:

1. Reside with his family at 104 Hark Creek Lane, Clayton, Delaware, 19938;

2. Quarantine for fourteen days in his residence unless admitted to a hospital;

3. Shall participate in voice recognition monitoring under home incarceration during the quarantine period;

4. Remain in **home incarceration** at 104 Hawk Creek Lane, Clayton, Delaware, 19938 and remain inside this residence at all times except for emergency medical care, or medical appointments and court-ordered obligations in the Eastern District of Pennsylvania or the District of Delaware with approval from the Pretrial Services Officer;

5. Following quarantine, the Defendant shall cooperate with Pretrial Services to install a location monitoring bracelet and any other necessary equipment in and around the home to ensure compliance with continued home incarceration;

6. Cooperate with Pretrial Services to allow inspection and monitoring of all electronic devices in his home and/or possession;

7. Report as directed by Pretrial Services;

8. Refrain from excessive use of alcohol or use of a narcotic or other controlled substance without a prescription from a licensed physician;

9. Submit to urinalysis as directed by Pretrial Services;

10. Participate in a drug treatment program if deemed necessary by Pretrial Services;

11. Surrender and/or refrain from obtaining a passport;

12. Not be in the presence of firearms or ammunition and report to Pretrial Services if he becomes aware of the presence of firearms or ammunition in his residence; and,

13. Not commit a federal, state or local crime.

**KEARNEY, J.**