# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 19-688** |
| | : | |
| **CHARLES SALLEY** | : | |

# ORDER

**AND NOW**, this 27th day of January 2022, upon considering Defendant's pro se Motion for compassionate release (ECF Doc. No. 135), Defendant's counsel's supplemental memorandum (ECF Doc. No. 144), the United States' Response (ECF Doc. No. 145), Defendant's pro se statement (ECF Doc. No. 153), Defendant's status memorandum (ECF Doc. No. 159) required under our January 25, 2022 Order (ECF Doc. No. 156), supporting letters (ECF Doc. Nos. 137, 143, 155), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 135) is **DENIED** without prejudice.

                                                                                                _____
                                                                                                **KEARNEY, J.**