### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| v. | : NO. 19-688 |
| **CHARLES SALLEY** | : |

## ORDER

**AND NOW**, this 9th day of February 2023, upon considering Defendant's Motion to reduce sentence (ECF Doc. No. 167), the United States' Response (ECF Doc. No. 175), Defendant's Reply (ECF Doc. No. 176), and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to reduce sentence (ECF Doc. No. 167) is **DENIED** without prejudice.

**KEARNEY, J.**